

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00275-CV

| | | |
|---|---|---|
| DAVID CHRISTOPHER MCCOY, Appellant | § | On Appeal from the 324th District Court |
| | § | of Tarrant County (324-607511-16) |
| V. | § | November 15, 2018 |
| LORNA SCOTT MCCOY, Appellee | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellee Lorna Scott McCoy shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
　　Justice Elizabeth Kerr